**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EDWARD L. CAMPBELL,**                                                    **PLAINTIFF**
**#16402-19**

**v.**                                          **4:20CV00082-BRW-JTK**

**ERIC HIGGINS, et al.**                                                    **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations (Doc. No. 15) from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections, as well as a *de novo* review of the record, I adopt the recommendations in their entirety.

Accordingly, Defendants Higgins, Roberts, Allen and Tillery are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 24th day of February, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

1