# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EDWARD L. CAMPBELL                                                              PLAINTIFF

v.                                      4:20CV00082-JTK

ERIC HIGGINS, et al.                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 16th day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE